IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BURRY,<br><br>              Plaintiff,<br><br>     v.<br><br>CACH LLC, et al.,<br><br>              Defendants. | CIVIL ACTION<br>NO. 14-2139 |

### ORDER

**AND NOW**, this 22nd day of January, 2015, upon consideration of Plaintiff's Complaint (Doc. No. 9), Defendant's Motion to Dismiss (Doc. No. 10), Plaintiff's Response (Doc. No. 13), Plaintiff's Reply (Doc. No. 18), and Defendant's Response to Plaintiff's Reply (Doc. No. 19), it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 10) is **GRANTED**. It is further **ORDERED** that the Clerk of Court shall **TRANSFER** the above-captioned case to the United States District Court for the District of Colorado. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.